■ In the Matter of SIDNEY RABEKOFF, an Attorney.— Motion for reinstatement granted. Concur — Stevens, P. J., Eager, Markewich, Nunez and Steuer, JJ.

■ In the Matter of EDWARD A. KILEY, an Attorney.— Motion for reinstatement granted. Concur — Eager, J. P., Markewich, McNally, Steuer and Tilzer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT CURTIS.— Motion for leave to appeal to the Court of Appeals dismissed, without prejudice to an application to a Judge of the Court of Appeals or to a Justice of this court for certification that a question of law is involved which ought to be reviewed by the Court of Appeals, pursuant to section 520 of the Code of Criminal Procedure. Concur — Eager, J. P., McGivern, Markewich and Steuer, JJ.

■ In the Matter of JOSEPH GOLD, an Attorney.— Motion for reinstatement granted. Concur — Eager, J. P., McGivern, Markewich, Nunez and Steuer, JJ.

## SECOND DEPARTMENT, JUNE, 1970

## (June 1, 1970)

■ In the Matter of EDWARD J. KELLY and JOHN P. WHALEN, Attorneys, Respondents. SAMUEL GREASON, Petitioner.— Application by respondent Whalen to change, to June 15, 1970, the date of commencement of his six-months' suspension from the practice of law. The order of this court, dated April 20, 1970, which imposed the six-months' suspension, fixed the date for the commencement of the suspension as May 15, 1970. Since then, a stay was granted by a Judge of the Court of Appeals and that stay has terminated. Application granted. The six-months suspension of respondent Whalen is herewith changed so as to commence as of June 15, 1970. Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

■ In the Matter of LOUIS WOLFISH, Respondent. SOLOMON A. KLEIN, Petitioner.— Motion by respondent (1) to vacate order of this court, entered November 25, 1969, which disbarred him; and (2) to grant a new trial; or (3) in the alternative, for leave to appeal to the Court of Appeals and to stay the operation of said order pending this motion and in any event until September 1, 1970. Motion denied in all respects. Rabin, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.